# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In re:                                                                               Chapter 11

        FLAVORWORKSTRUCK LLC,                 Case No.:22-42150-jmm

                Debtor.
----------------------------------------------------------------X

# STIPULATION TO SUBSTITUTE COUNSEL
# FOR FLAVORWORKSTRUCK LLC

**WHEREAS**, on September 9, 2022 (the "Petition Date"), Flavorworkstruck LLC the debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Debtor was represented by Karamvir Dahiya, Esq. of Dahiya Law Offices LLC since the Petition Date; and

**WHEREAS**, the Debtor now seeks to substitute the firm of the Law Offices of Avrum J. Rosen, PLLC, subject to Bankruptcy Court approval, as counsel to the Debtor.

**IT IS HEREBY AGREED BY AND BETWEEN THE PARTIES THAT:**

1. Dahiya Law Offices LLC is hereby relieved as counsel to the Debtor, Flavorworkstruck LLC.

[*Remainder of Page Left Blank*]

2. Law Offices of Avrum J. Rosen, PLLC, is hereby substituted as counsel of record, subject to Bankruptcy Court approval, to Flavorworkstruck LLC.

Dated: Huntington, New York
December 8, 2022

**The Law Offices of Avrum J. Rosen, PLLC**
*Incoming Counsel to Debtor,*
*Flavorworkstruck LLC*

By: */s/ Avrum J. Rosen*
Avrum J. Rosen, Esq.
38 New Street
Huntington, New York 11743
(631) 423-8527

Dated: New York, New York
December 8, 2022

**Dahiya Law Offices LLC**
*Outgoing Counsel to Debtor,*
*Flavorworkstruck LLC*

By: */s/ Karamvir Dahiya*
Karamvir Dahiya, Esq.
75 Maiden Lane
Ste 606
New York, New York 10038
(212) 766-8000

Dated: New York, New York
December 8, 2022

**Flavorworkstruck LLC**

By: */s/ Rocco Dispirito*
Rocco Dispirito
President