```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11
                                                                (Subchapter V)
FLAVORWORKSTRUCK LLC,
                                                                Case No.: 22-42150-jmm
                                    Debtor.
------------------------------------------------------------X
```

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BANKRUPTCY ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION EFFECTIVE AS OF DECEMBER 5, 2022 AND TO PERMIT PAYMENT OF A POST-PETITION RETAINER

Upon the application (the "Application") [Dkt. No. 27] of Flavorworkstruck, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry an order, pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of the Law Offices of Avrum J. Rosen, PLLC (the "Firm"), as attorneys to the Debtor, effective as of December 5, 2022; and the Court having held a hearing on the Application on January 25, 2023; and there being no filed opposition to the relief requested; and upon the affidavit of Avrum J. Rosen, Esq. which is annexed to the Application (the "Declaration"); and it appearing that the Firm is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of the Firm by the Debtor is in the best interests of the Debtor, its estate and its creditors; and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtor is authorized to employ the Firm as its bankruptcy attorneys, on the terms and conditions set forth in the Application and Declaration, effective as of December 5, 2022; and it is

further

**ORDERED**, that to the extent the Application or Declaration is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that the Firm shall seek compensation for its services and reimbursement of its expenses upon application to the Court, and upon notice and a hearing, pursuant to 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, E.D.N.Y.L.B.R.2016 and the Guidelines of the Office of the United States Trustee; and it is further

**ORDERED**, that the Firm shall be authorized to accept a post-petition retainer of $15,000.00 from the Debtor; and it is further

**ORDERED**, that prior to any increases in the Firm rates, the Firm shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application or the Declaration, the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**
**WILLIAM K HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By: _____
     Reema Lateef
     Trial Attorney
     Office of the United States Trustee
     201 Varick Street, Suite 1006
     New York, New York 10014
     (202) 573-6935

Dated: New York, New York
      January \_\_, 2023